1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

CHRISTOPHER DALE SMITH,

CASE NO. 10-CV-2429 LAB (CAB)

12

Petitioner,

**ORDER GRANTING CERTIFICATE OF APPEALABILITY**

13

vs.

LARRY SMALL,

14

Respondent.

15
16

    The Court dismissed Small's habeas petition with prejudice on November 10, 2011,

17

but without granting or denying a certificate of appealability.  Small filed a notice of appeal

18

on December 6, 2011 and a motion for a certificate of appealability on December 8, 2011.

19

    A COA is authorized "if the applicant has made a substantial showing of the denial

20

of a constitutional right."  28 U.S.C. § 2253(c)(2).  "A petitioner satisfies this standard by

21

demonstrating that jurists of reason could disagree with the district court's resolution of his

22

constitutional claims or that jurists could conclude the issues presented are adequate to

23

deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

24

A petitioner doesn't have to show that he should prevail on the merits.  "He has already

25

failed in that endeavor." *Lambright v. Stewart*, 220 F.3d 1022, 1025 (9th Cir. 2000) (citing

26

*Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).  At the same time, the Court shouldn't

27

issue a COA as a matter of course.  A petitioner "must prove 'something more than the / /

28

/ /

1   absence of frivolity' or the existence of mere 'good faith' on his or her part." *Miller-El*, 537

2   U.S. at 337–38 (citing *Barefoot*, 463 U.S. at 893).

3       In light of the above standards, the Court finds that a certificate of appealability is

4   warranted in this case.  Small's motion is therefore **GRANTED**.

5       **IT IS SO ORDERED**.

6   DATED:  December 13, 2011

7

8   **HONORABLE LARRY ALAN BURNS**
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28